159 A.3d 928

Roy J. BURKETT Jr., Administrator of the Estate of Nannie Burkett, Deceased and in His Own Right, Respondent

v.

ST. FRANCIS COUNTRY HOUSE, Catholic Healthcare Services and Archdiocese of Philadelphia, Petitioners

No. 162 EAL 2016

Supreme Court of Pennsylvania.

October 17, 2016

## ORDER

PER CURIAM

**AND NOW**, this 17th day of October, 2016, the Petition for Allowance of Appeal is **GRANTED**. The Superior Court's order is **VACATED**. The matter is **REMANDED** for proceedings consistent with the decision in Taylor v. Extendicare, 637 Pa. 163, 147 A.3d 490 (2016).